CLEMENTE M. JIMÉNEZ, SBN 207136
816 H Street, Suite 108
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
JOSE LUIS ARREDONDO QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE LUIS ARREDONDO QUINTERO, and CARLOS ALBERTO ARELANNO LOPEZ,<br><br>    Defendants. | Case No.: 08-104 EJG<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   April 25, 2008<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Mary Grad, Counsel for Plaintiff, Attorney Clemente M. Jiménez, Counsel for Defendant JOSE LUIS ARREDONDO QUINTERO, and Attorney Christopher Haydn-Myer, Counsel for Defendant CARLOS ALBERTO ARELANNO LOPEZ, that the status conference scheduled for April 25, 2008, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on June 6, 2008, at 10:00 a.m. for further status conference.

This continuance is mutually requested by both defendants in order to perform additional investigation.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv),

Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:       April 23, 2008            /S/     Clemente M. Jiménez_____
                                               CLEMENTE M. JIMÉNEZ
                                               Attorney for Defendant
                                               Jose Luis Arredondo Quintero


                                       /S/     Christopher Haydn-Myer_____
                                               CHRISTOPHER HAYDN-MYER
                                               Attorney for Defendant
                                               Carlos Alberto Arelanno Lopez

                                       /S/     Mary Grad_____
                                               MARY GRAD
                                               Attorney for Plaintiff


IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for April 25, 2008, at 10:00 a.m., be vacated and the matter continued to June 6, 2008, at 10:00 a.m. for further status conference.

This 24th day of April, 2008

                                       /s/ Edward J. Garcia
                                       HON. EDWARD J. GARCIA
                                       United States District Judge