1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  816 H Street, Suite 108
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  JOSE LUIS ARREDONDO QUINTERO



6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | Case No.: 08-104 EJG |
|---|---|---|
| 11 | Plaintiff, | STIPULATION AND ORDER |
| 12 | | VACATING DATE, CONTINUING |
| 13 | vs. | CASE, AND EXCLUDING TIME |
| 14 | JOSE LUIS ARREDONDO QUINTERO, | DATE: June 6, 2008 |
| 15 | and CARLOS ALBERTO ARELANNO LOPEZ, | TIME: 10:00 a.m. |
| 16 | | JUDGE: Hon. Edward J. Garcia |
| 17 | Defendants. | |

18      IT IS HEREBY STIPULATED by and between Assistant United States Attorney
19  Mary Grad, Counsel for Plaintiff, Attorney Clemente M. Jiménez, Counsel for Defendant
20  JOSE LUIS ARREDONDO QUINTERO, and Attorney Christopher Haydn-Myer,
21  Counsel for Defendant CARLOS ALBERTO ARELANNO LOPEZ, that the status
22  conference scheduled for June 6, 2008, at 10:00 a.m., be vacated and the matter
23  continued to this Court's criminal calendar on July 18, 2008, at 10:00 a.m. for further
24  status conference.
25      This continuance is mutually requested by both defendants in order to perform
26  additional investigation and defense preparation.
27      IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
28  U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(8)(A) and (B)(iv),
    Local code T-4 (time to prepare), and that the ends of justice served in granting the

1 | continuance and allowing the defendant further time to prepare outweigh the best
2 | interests of the public and the defendant to a speedy trial.

DATED:     June 5, 2008          /S/    Clemente M. Jiménez
                                        CLEMENTE M. JIMÉNEZ
                                        Attorney for Defendant
                                        Jose Luis Arredondo Quintero


                                 /S/    Christopher Haydn-Myer
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
                                        Carlos Alberto Arelanno Lopez


                                 /S/    Mary Grad
                                        MARY GRAD
                                        Attorney for Plaintiff


IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 6, 2008, at 10:00 a.m., be vacated and the matter continued to July 18, 2008, at 10:00 a.m. for further status conference.

This ___5th___ day of June, 2008

                                        _____
                                        HON. EDWARD J. GARCIA
                                        United States District Judge

StipCont060608.doc                      - 2 -
06/05/08