CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
CARLOS ALBERTO ARELANNO LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-08-0104-EJG |
| Plaintiff, | STIPULATION; ORDER |
| v. | |
| | DATE: July 18, 2008 |
| CARLOS ALBERTO ARELANNO LOPEZ AND JOSE LUIS ARREDONDO QUINTERO, | TIME: 10:00 a.m. |
| | COURT: Hon. Edward J. Garcia |
| Defendants. | |

　　　Defendant, CARLOS ALBERTO ARELANNO LOPEZ, through Christopher Haydn-Myer, Attorney At Law, and defendant, JOSE LUIS ARREDONDO QUINTERO, through Clemente Jimenez, and the United States of America, through Assistant U.S. Attorney Mary Grad, agree as follows:

　　　It is hereby stipulated that the status conference currently set for July 18th, 2008, be vacated and a new status conference be scheduled on August 22, 2008 at 10:00 a.m.

　　　It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to August 22, 2008, under Local Code T4, Title 18, United States Code

section 3161(h)(8)(B)(iv), to give the defendants time to further review the discovery and to adequately prepare.

Dated: July 16, 2008

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
CARLOS ALBERTO ARELANNO LOPEZ

Dated: July 16, 2008

Respectfully submitted,

/s/ Christopher Haydn-Myer for
_____
CLEMENTE JIMENEZ
Attorney for Defendant
JOSE LUIS ARREDONDO QUINTERO

DATED: July 16, 2008                McGREGOR W. SCOTT
_____        United States Attorney

                                    /S/ Christopher Haydn-Myer for
                                    _____
                                    MARY GRAD
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for July 18, 2008 be vacated and a new status conference be scheduled on August 22, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to August 22, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).

DATED: July 16, 2008

/s/ Edward J. Garcia
U. S. DISTRICT JUDGE