CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net


Attorney for Defendant
CARLOS ALBERTO ARELANNO LOPEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-08-0104-EJG |
| Plaintiff, | ) STIPULATION; ORDER |
| v. | ) |
| | ) DATE: September 26, 2008 |
| CARLOS ALBERTO ARELANNO LOPEZ | ) TIME:  10:00 a.m. |
| AND JOSE LUIS ARREDONDO | ) COURT: Hon. Edward J. Garcia |
| QUINTERO, | ) |
| Defendants. | ) |
| _____ | ) |

Defendant, CARLOS ALBERTO ARELANNO LOPEZ, through Christopher
Haydn-Myer, Attorney At Law, and defendant, JOSE LUIS ARREDONDO
QUINTERO, through Clemente Jimenez, and the United States of America,
through Assistant U.S. Attorney Mary Grad, agree as follows:

It is hereby stipulated that the status conference currently set
for September 26th, 2008, be vacated and a new status conference be
scheduled on October 3rd, 2008 at 10:00 a.m.

It is further stipulated and agreed between the parties that the
time under the Speedy Trial Act should be excluded from today's date to
October 3rd, 2008, under Local Code T4, Title 18, United States Code

1  section 3161(h)(8)(B)(iv), to give the defendants time to further

2  review the discovery and to adequately prepare.

3

4  Dated: September 25th, 2008

5                                          Respectfully submitted,

6                                          /s/ Christopher Haydn-Myer

7                                          _____
                                           CHRISTOPHER HAYDN-MYER
                                           Attorney for Defendant

8                                          CARLOS ALBERTO ARELANNO LOPEZ

9
   Dated: September 25th, 2008
10                                         Respectfully submitted,

11                                         /s/ Christopher Haydn-Myer for

12                                         _____
                                           CLEMENTE JIMENEZ
                                           Attorney for Defendant
13                                         JOSE LUIS ARREDONDO QUINTERO

14  DATED: September 25th, 2008            McGREGOR W. SCOTT
                                           United States Attorney
15  _____

                                           /S/ Christopher Haydn-Myer for
16  _____
                                           MARY GRAD
                                           Assistant U.S. Attorney
17                                         Attorney for Plaintiff

18

19

20

21

22

23

24

25

26

27

28                          2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for September 26th, 2008 be vacated and a new status conference be scheduled on October 3rd, 2008 at 10:00 a.m., and the time under the Speedy Trial Act should be excluded from today's date to October 3rd, 2008, under Local Code T4, Title 18, United States Code section 3161(h)(8)(B)(iv).


DATED: September 25, 2008

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA, JUDGE

3